# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CAROLE WILSON, | : | No. 496 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA | : | |
| MEDICAL CENTER, HOSPITAL OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| TRUSTEES OF THE UNIVERSITY OF | : | |
| PENNSYLVANIA, FRANCIS | : | |
| MARCHLINSKI, M.D., AND THE | : | |
| CLINICAL PRACTICES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| Petitioners | : | |

## ORDER


**PER CURIAM**

**AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.